# EXHIBIT A



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

MICHAEL M. WILSON
Vs.      C.A. No.    2013 CA 006103 B
LEXISNEXIS, A DIVISION OF REED ELSEVIER, INC.

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to: Judge LAURA A CORDERO
Date: September 6, 2013
Initial Conference: 9:30 am, Friday, December 13, 2013
Location: Courtroom A-50
         515 5th Street N.W.
         WASHINGTON, DC 20001     **EXHIBIT A**        Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
W                                                    (202) 879-1133

Michael M. Wilson
_____
                              Plaintiff

vs.                                              Case Number  **13-0006103**

LexisNexis, a Division of Reed Elsevier, Inc.
_____
                              Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Michael M. Wilson, M.D., J.D.
_____

1120 19th St., NW, Suite LL-11                    By _____
Address                                                              Deputy Clerk
Washington, DC 20036
_____

(202) 223-4488                                       Date    9/6/13
_____
Telephone

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                                     CASUM.doc





# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____ Demandante
                    contra

Número de Caso: _____

_____ Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lu_____ las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____
Nombre del abogado del Demandante

*SECRETARIO DEL TRIBUNAL*

_____
Dirección

Por: _____
            Subsecretario

_____
Teléfono

Fecha _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828 로 전화주십시요    ያማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Michael M. Wilson
1120 19th Street NW
Washington, D.C. 20036

    Plaintiff,

    v.

LexisNexis, a Division of Reed Elsevier, Inc.
1150 18th Street, N.W.
Washington D.C. 20036

    Defendant

Case No. 13-0006103


RECEIVED
Civil Clerk's Office
SEP 06 2013
Superior Court of the District of Columbia
Washington, D.C.

## COMPLAINT

COMES NOW the Plaintiff, Michael M. Wilson, and represents to this honorable court as follows:

(Jurisdiction and Parties)

1. Plaintiff, Michael M. Wilson, is an attorney practicing law in the District of Columbia.

2. Defendant LexisNexis at all times pertinent hereto is a Corporation with an office at 1150 18th Street, N.W., Washington, D.C. 20036.

3. Plaintiff Michael M. Wilson performed requested services to LexisNexis in the District of Columbia.

4. Meetings were held between Michael M. Wilson and LexisNexis in the District of Columbia.

Page 2 of 2

5. The services provided by Michael M. Wilson to LexisNexis were marketed to attorneys in the District of Columbia.

6. This Honorable Court has jurisdiction of the within cause of action pursuant to D.C. Code § 11-921, § 13-422, and § 13-423 in that the Defendant was doing business in the District of Columbia during the relevant time period and the acts alleged in this case took place in the District of Columbia. Other bases of jurisdiction in the District of Columbia may also be applicable.

## COUNT I
### (Unjust Enrichment)

7. Employees of LexisNexis contacted Michael M. Wilson and requested that he perform services with respect to the participation in marketing efforts. Michael M. Wilson was requested to serve as a spokesman for LexisNexis and was heavily promoted by them in marketing materials to thousands of attorneys in the District of Columbia and elsewhere.

8. As part of the requested services, Michael M. Wilson engaged in discussions with employees of LexisNexis within the District of Columbia concerning a meeting with more than 1000 attorneys, and participated in planning on how he would be marketed to these attorneys to develop the business of LexisNexis.

9. As part of these requested services, Michael M. Wilson was requested to, and did serve as, the primary spokesman for an online seminar concerning online legal marketing and he was featured as the primary speaker for the meeting.

10. LexisNexis did use the name and credentials of Michael M. Wilson to market this seminar to lawyers and law firms in the District of Columbia and throughout

the country.

11.     LexisNexis engaged in multiple planning sessions for the seminar in which Michael M. Wilson provided services in the District of Columbia.

12.     Michael M. Wilson prepared for and conducted the online seminar in the District of Columbia that was attended by more than 1,000 attorneys and law firms. Employees of LexisNexis informed Michael M. Wilson that his services were a huge success and materially assisted LexisNexis in its program of marketing services to attorneys.

13.     Michael M. Wilson conferred a benefit upon LexisNexis by performing its requested services to LexisNexis that were used for commercial activities.

14.     LexisNexis promised commercial benefit to Michael M. Wilson in consideration for the use of his services performed in the District of Columbia and this commercial benefit was never provided to Michael M. Wilson.

15.     Michael M. Wilson conferred a benefit upon LexisNexis by performing his obligations for the requested marketing services and the reasonable value of the benefit that Michael M. Wilson conferred to LexisNexis is the sum of $750,000.

16.     Defendant LexisNexis has retained the benefit that Michael M. Wilson has conferred to it as a result of the performance of the requested marketing services.

17.     Under the circumstances, it would be unjust and inequitable for LexisNexis to retain the value of such economic benefit without paying for the benefit that it received from the requested marketing services performed in the District of Columbia.

18.     Plaintiff Michael M. Wilson demands the sum of $750,000, plus interest, costs, and attorney's fees.

Page 4 of 4

## COUNT II
(Declaratory Judgment)

19  The parties have engaged in a wide variety of economic transactions in which LexisNexis has provided services to Michael M. Wilson in the District of Columbia and Michael M. Wilson has provided services to LexisNexis in the District of Columbia.

20.  LexisNexis has performed marketing services including the provision of marketing services and the preparation of web marketing.

21.  LexisNexis has also provided legal research and search services.

22.  LexisNexis has also provided marketing leads from persons searching for legal representation.

23.  Michael M. Wilson and LexisNexis continue to provide goods, services, and payments to each other in the District of Columbia.

24.  Michael M. Wilson has made payments to LexisNexis estimated to exceed $100,000 from an office in the District of Columbia pursuant to invoices sent to the office within the District of Columbia.

25.  Michael M. Wilson requests an accounting of the transactions and a Declaratory Judgment declaring the rights of Michael M. Wilson and LexisNexis with respect to each other.

WHEREFORE, Plaintiff Michael M. Wilson respectfully requests an accounting and for Declaratory Judgment with respect to the rights between the parties Michael M. Wilson and LexisNexis.

Date: September 5, 2013						Respectfully submitted,

/s/ Michael M. Wilson
Michael M. Wilson, M.D., J.D.
D.C. Bar No. 941674
1120 19th Street, N.W. LL-11
Washington, D.C. 20036
(202) 223-4488
Email: Wilson@wilsonlaw.com

### Demand for Trial By Jury

Plaintiff Michael M. Wilson respectfully requests a trial by jury for all issues so triable.

/s/ Michael M. Wilson
Michael M. Wilson, M.D., J.D.
D.C. Bar No. 941674
1120 19th Street, N.W. LL-11
Washington, D.C. 20036
(202) 223-4488
Email: Wilson@wilsonlaw.com